```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                         DISTRICT OF VERMONT
```

Peter M. Smith,                          :
    Plaintiff,                           :
                                         :
        v.                               : Civil No. 2:14 CV 20
                                         :
Richard Byrne and Darryl Graham,         :
    Defendants.                          :

                              ORDER

The Report and Recommendation of the United States Magistrate Judge was filed April 7, 2016. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Relief from a Judgment (Doc. 21) is DENIED.

Dated at Burlington, in the District of Vermont, this 28th day of June, 2016.

                                    /s/ William K. Sessions III
                                      William K. Sessions III
                                      District Court Judge